UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

THOMAS LADE,

      Plaintiff,

v.                                              Case No:   2:16-cv-882-FtM-99CM

ALLY FINANCIAL INC.,

      Defendant.
_____/

### ORDER[1]

This matter comes before the Court on the parties' Joint Motion to Stay Pending Arbitration (Doc. #6) filed on January 9, 2017.  The parties stipulate that Plaintiff's claims against Defendant are subject to arbitration and that this case should be stayed and referred to arbitration.  The Court, therefore, will compel arbitration and stay this case.

Accordingly, it is now

**ORDERED:**

(1) The parties' Joint Motion to Stay Pending Arbitration (Doc. #6) is **GRANTED**.

(2) All proceedings in this case are **STAYED** until notification by the parties that binding arbitration has been completed and that the stay is due to be lifted or the case is due to be dismissed.  The parties shall notify the Court of such matters within **seven (7) days** of the arbitration proceedings concluding.

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

(3) The parties are **DIRECTED** to file a joint report regarding the status of arbitration on or before **April 10, 2017**, and every ninety (90) days thereafter until the conclusion of arbitration.

(4) The Clerk is **DIRECTED** to add a stay flag.

**DONE** and **ORDERED** in Fort Myers, Florida this 9th day of January, 2017.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record