UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

THOMAS LADE,

   Plaintiff,

-vs-                                                      CASE NO.: 2:16-CV-888-FT M-99-CM

ALLY FINANCIAL INC.,

   Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

     **COMES NOW** the Plaintiff, Thomas Lade, and the Defendant, Ally Financial Inc., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

     Respectfully submitted this 14th day of November, 2017.

| /s/Shaughn C. Hill, Esquire | /s/ Charles M. Tatelbaum, Esquire |
|---|---|
| Shaughn C. Hill, Esquire | Charles M. Tatelbaum, Esquire |
| Morgan & Morgan, Tampa, P.A. | Tripp Scott, PA |
| One Tampa City Center | 110 Southeast 6th Street, 15th Floor |
| Tampa, FL 33602 | Ft. Lauderdale, FL 33301 |
| Tele: (813) 223-5505 | Tele: (954) 525-7500 |
| Fax: (813) 223-5402 | Fax: (954) 761-8475 |
| shill@forthepeople.com | cmt@trippscott.com |
| Florida Bar#: 0105998 | Florida Bar#: 177540 |
| Attorney for Plaintiff | Attorney for Defendant |